UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:20-cr-17-SPC-MRM

SELENE JOYA

### ORDER[1]

Before the Court is Defendant Selene Joya's pro se motion to terminate her term of probation. (Doc. 11). Neither the Government nor Defendant's probation officer oppose the Motion. (Doc. 13). Over three years ago, Defendant was sentenced to five years of probation and ordered to pay $24,000 in restitution for conspiring to commit money laundering. Since then, Defendant has tried twice to end her probation early. The Court denied both attempts, but a third time's a charm.

In considering Defendant's Motion, the Court applies 18 U.S.C. § 3564(c). It says,

> The court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

> defendant . . . at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

*Id.* § 3564(c). The § 3553(a) factors include the nature and circumstances of the offense, the defendant's history and characteristics, and the need for the sentence to promote respect for the law, provide just punishment for the offense, afford adequate deterrence to criminal conduct, and protect the public from defendant's further crimes. *Id.* § 3553(a).

After considering the law, record, and § 3553(a) factors, the interest of justice and Defendant's conduct warrant ending her probation early. She has served more than half of her sentence, paid restitution in full, has complied fully with the terms of probation, and takes full responsibility for her unlawful actions. She has also made positive strides to change her life including getting married and pursuing an advanced educational degree while working. Although the Court takes seriously the nature of her offense, it is mindful that the United States Probation Office has twice supported her requests to end her probation early.

Accordingly, it is now

**ORDERED:**

Defendant Selene Joya's pro se motion to terminate her term of probation (Doc. 11) is **GRANTED**.

**DONE AND ORDERED** in Fort Myers, Florida on January 12, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record